IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON
Assigned on Briefs October 5, 2004

## STATE OF TENNESSEE v. MICHAEL WOODS

**Appeal from the Criminal Court for Shelby County**
**No. 99-09509          W. Fred Axley, Judge**

_____

**No. W2003-02762-CCA-R3-CD  - Filed February 17, 2005**

_____

JOSEPH M. TIPTON, J., concurring.

I concur in the results reached and most of the reasoning used in the majority opinion.  I disagree, though, with the conclusion that Blakely v. Washington, 542 U.S. ____, 124 S. Ct. 2531 (2004), does not affect the sentencing.  However, I believe the defendant's history of criminal of convictions justifies the sentence he received.


_____
                                    JOSEPH M. TIPTON, JUDGE